# BRONSON LIPSKY LLP
ATTORNEYS AT LAW

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7-9-12

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

July 3, 2012

VIA EMAIL (CrottyNYSDChambers@nysd.uscourts.gov)
The Honorable Paul A. Crotty, U.S.D.J.
U.S. District Court Southern District of New York
500 Pearl Street, Chambers 735
New York, New York 10007-1312

Re: Campbell v. Corbel Installations, Inc., et al., 1:12-CV-2973 (PAC) (DCF)

Dear Judge Crotty:

This firm and Gottlieb & Associates represent the Plaintiff and putative class members in the above-referenced matter. With Defendants' consent, this letter is to request an adjournment of the July 11, 2012, 4:00 p.m., initial Fed. R. Civ. P. 16 Conference (Doc. No. 10). This is the first adjournment request either party has made in this matter. Following Your Honor's Individual Practices, both parties have identified three alternative dates and times for the Conference: July 23, 2012; after 1:00 p.m. on July 25, 2012; and July 30, 2012.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,
BRONSON LIPSKY LLP

Douglas B. Lipsky

Cc: David Weisman and Cindy Minniti (Defendants' counsel via email)
Jeff Gottlieb and Dana Gottlieb (Plaintiffs' co-counsel via email)

MEMO ENDORSED

Application GRANTED. The conference is adjourned to 07/30/12 at 3:45 pm in Courtroom 20-C.

SO ORDERED: 7-9-12

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE